## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| HAROLD A. KRUEGER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 5:20-cv-00166-DAE |
| | ) |
| | ) |
| NPAS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant NPAS, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and for each party to bear their own fees and costs.

Respectfully submitted this 7th day of May 2020.

By: /s/ Michael S. Agruss
    Michael S. Agruss
    IL Bar No. 6281600
    AGRUSS LAW FIRM, LLC
    4809 N. Ravenswood Ave., Ste. 419
    Chicago, IL 60640
    Tel: 312-224-4695
    Fax: 312-253-4451
    michael@agrusslawfirm.com
    Attorney for Plaintiff

By: /s/ Laurie N. Patton
    Laurie N. Patton
    TX Bar No. 24078158
    SPENCER FANE LLP
    Tel: 972-324-0300
    Fax: 972-324-0301
    5700 Granite Parkway, Suite 650
    Plano, TX 75024
    lpatton@spencerfane.com
    Attorney for Defendant

## CERTIFICATE OF SERVICE

On May 7, 2020, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Michael S. Agruss
Michael S. Agruss